800 F.2d 1130
 Arnold (Mary Jane), Avery (Bonnie Y.), Jennings (Kathy L.),
Bell (Dawn), Bennett (Patricia L.), Gilson
(Laura), Thomas (Kathryn B.), Ault
(Patricia M.), Ritter (Joyce
S.), Loveland (Alta E.)
v.
Blast Intermediate Unit 17, Mitstifer (Robert M., Dr.)
 NOS. 85-5449, 85-5450
 United States Court of Appeals,
Third Circuit.
 JUL 24, 1986
 
 1
 Appeal From: M.D.Pa.
 
 
 2
 AFFIRMED IN PART AND VACATED IN PART.